# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00270-CV

**Anita Wyndham, Appellant**

**v.**

**Paul Wyndham, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-11-006266, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 27, 2013, this Court notified appellant that the clerk's record in the above cause was overdue and that we had received notice from the district clerk's office that appellant has neither paid, nor made arrangements to pay, for the clerk's record. This Court requested that appellant make arrangements for the record and submit a status report regarding this appeal on or before July 8, 2013. This Court further informed appellant that failure to do so may result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). The deadline has passed, and we have received no response from appellant. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   August 22, 2013